

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2018

No. 04-17-00714-CV

**IN THE INTEREST OF A.D.R. ET AL., CHILDREN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02508
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On January 22, 2018, appellant filed her appellant's brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.8 in that the order contained in the appendix attached to the brief has not been effectively redacted to protect the minor's identity. *See* TEX. R. APP. P. 9.8 (indicating all appendix items must be redacted so that minor is identified only by alias).

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further **ORDER** appellant to file an amended appellant's brief with effectively redacted appendix items in compliance with Texas Rule of Appellate Procedure 9.8 on or before **February 5, 2018**. Appellee's brief will be due twenty days after the amended appellant's brief is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court